UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHI YEE LAU and MEI LIN LAU HO,

     Plaintiffs,

v.                                           Case No:  6:14-cv-1684-Orl-31TBS

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

     Defendant.

_____

## ORDER

     After due consideration, Defendant's Motion to Compel Better Answers to Interrogatories (as to Chi Yee Lau) (Doc. 26), and Defendant's Motion to Compel Better Answers to Interrogatories (as to Mei Lin Lau Ho) (Doc. 27) are **DENIED**.  Counsel for Defendant failed to comply with Local Rules 3.01(a) and (g).

     **DONE** and **ORDERED** in Orlando, Florida on April 22, 2015.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record